IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mathis, Bridgette R

Printed: 10/23/07

Case Number: 07 B 05354
Judge: Squires, John H
Filed: 3/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: October 9, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,061.48 |  |
| Secured: |  | 337.95 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 666.21 |
| Trustee Fee: |  | 57.32 |
| Other Funds: |  | 0.00 |
| Totals: | 1,061.48 | 1,061.48 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 666.21 |
| 2. | Value Auto Mart Inc | Secured | 0.00 | 337.95 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 165.00 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 51.16 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 19.18 | 0.00 |
| 6. | World Financial Network Nat'l | Unsecured | 14.22 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 638.05 | 0.00 |
| 8. | Centrix Financial A/K/A FlatIron Fin | Unsecured |  | No Claim Filed |
| 9. | Isac | Unsecured |  | No Claim Filed |
| 10. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 11. | Computer Credit Service Corp | Unsecured |  | No Claim Filed |
| 12. | LVNV Funding | Unsecured |  | No Claim Filed |
| 13. | Isac | Unsecured |  | No Claim Filed |
| 14. | American Collection Corp | Unsecured |  | No Claim Filed |
| 15. | Tele-Collection Systems | Unsecured |  | No Claim Filed |
| 16. | Tele-Collection Systems | Unsecured |  | No Claim Filed |
| 17. | Wachovia Bank | Unsecured |  | No Claim Filed |
| 18. | Payday Loan | Unsecured |  | No Claim Filed |
| 19. | Tele-Collection Systems | Unsecured |  | No Claim Filed |
| 20. | Wachovia Bank | Unsecured |  | No Claim Filed |
| 21. | Wachovia Bank | Unsecured |  | No Claim Filed |
| 22. | Wachovia Bank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 3,371.61 | $ 1,004.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mathis, Bridgette R

Printed: 10/23/07

Case Number: 07 B 05354
Judge: Squires, John H
Filed: 3/26/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 57.32 |
| | _____ |
| | $ 57.32 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_